Gerald F. WEILAND and Carol Ann Weiland,
Plaintiffs-Respondents,

v.

Daniel G. PAULIN and Joan E. Paulin, Defendants-
Appellants.

Supreme Court

*No. 02–0826. Decided April 24, 2003.*

2003 WI 27

(Also reported in 659 N.W.2d 875.)

IT IS ORDERED the petition for review is granted and that part of the court of appeals' decision declaring the appeal to be frivolous is summarily reversed and the cause is remanded to the court of appeals with directions that: (1) the court of appeals shall give Attorney Kroening an opportunity to be heard regarding the frivolous appeal determination, and (2) the court of appeals shall then make specific findings to support any conclusion that the appeal is frivolous under Wis. Stat. § (Rule) 809.25(3)(c)2.